IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRENT D. ANTWINE | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO: A03-0123-CR (JWS) |

## EXPEDITED
## MOTION TO CONTINUE SENTENCING

**A period of excludable delay will result,
pursuant to 18 USC 3161 (h) (1), if the motion is granted**

Hugh W. Fleischer, on behalf of defendant, Trent D. Antwine hereby moves this Court to continue the sentencing in this case from January 31, 2006 to March 1, 2006 or as soon thereafter as is practicable.

Although this Court stated that no further extensions would be given in the Order of November 10, 2005 (Docket # 524), there are recent developments in the matter that give rise to this request. There is information being sought that can not be obtained until early February, 2006 relating to the facts of a burglary that relates to whether or not Mr. Antwine is determined to be a Career Offender. There also is a docket entry that we have learned is sealed and it will be necessary to seek to unseal the same that directly relates to his sentencing posture. With this continuance, Mr. Antwine4 will have all necessary information and can assure this Court that the

sentencing shall be held on the extended date.

Frank V. Russo, Assistant U.S. Attorney, has stated to the undersigned to advise that the government will probably oppose this motion.

DATED at Anchorage, Alaska, this 23rd day of January, 2006.

> LAW OFFICES OF HUGH W. FLEISCHER
> Attorney for Defendant
>
>
> By:_____
> Hugh W. Fleischer
> AK Bar # 7106012

9478/516

CERTIFICATE OF SERVICE

I certify that on the 23rd day of Janurary, 2006, a true copy of the foregoing was delivered by FAX to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

_____