IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRENT D. ANTWINE | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO: A03-0123-CR (JWS) |

## **ERRATA**

      Hugh W. Fleischer, on behalf of defendant, Trent D. Antwine hereby files this Errata because the defendant failed to attach the Proposed Order to the subject Expedited Motion for Continuance.

      DATED at Anchorage, Alaska, this 23rd day of January, 2006.

                                          LAW OFFICES OF HUGH W. FLEISCHER
                                          Attorney for Defendant


                                        By:_____
                                              Hugh W. Fleischer
                                             AK Bar # 7106012

9478/518

CERTIFICATE OF SERVICE

I certify that on the 23rd day of

Janurary, 2006, a true copy of the
foregoing was delivered by e-mail
to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
Frank.russo@usdoj.gov

_____

Case 3:03-cr-00123-JWS    Document 540    Filed 01/23/2006    Page 2 of 2