IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A03-0123 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRENT D. ANTWINE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing motion,

IT IS ORDERED that the sentencing time for defendant, Trent D. Antwine is hereby continued to _____, 2006 at _____.

DATED this ___ day of January, 2006.

_____
John W. Sedwick
United States District Judge

9470/517