TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:03-cr-0123-02-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>OPPOSITION TO MOTION TO</u> |
| TRENT D. ANTWINE , | ) | <u>CONTINUE IMPOSTION OF</u> |
| | ) | <u>SENTENCE</u> |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through undersigned counsel, and hereby opposes defendant's last-minute motion to continue the imposition of sentence, currently scheduled for January 31, 2005.  On the last scheduling order, filed at docket 524, this Court stated that there would be "No further extensions!" [emphasis in original].  The defendant pled guilty on

1/15/04 – over two years ago. Since that time, there have been approximately twelve motions to continue filed and granted. All of these motions, except the most recent, have not been opposed by the United States, out of courtesy to defense counsel, for counsel to investigate sentencing issues. The undersigned has spoken with counsel for the defendant, Hugh Fleischer, who has stated that he needs to investigate issues that may affect the defendant's sentence. The undersigned submits that these issues, which Mr. Fleischer more fully explained, are either factually or legally irrelevant. Moreover, these issues have existed for at least the past year. Accordingly, it is further submitted that to continue imposition of sentence yet again will simply be a waste of time. The United States has filed its sentencing memorandum concurrently herewith.

RESPECTFULLY SUBMITTED this <u>24th</u> day of January, 2006 in Anchorage, Alaska.

> TIMOTHY M. BURGESS
> United States Attorney
>
> <u>s/ Frank V. Russo</u>
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska  99513-7567
> (907) 271-5071
> (907) 271-1500 (fax)
> Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 24, 2006, via:

    (X) Electronic case filing notice

Hugh Fleischer

Scott Kelley
U.S. Probation Office

s/ Frank V. Russo_____