MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TRENT DONYA ANTWINE*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  January 24, 2006

The United States shall file any response it may have to defendant Antwine's expedited motion to continue sentencing on or before **January 27, 2005.**