MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TRENT DONYA ANTWINE*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS** Date:  January 24, 2006

    The minute order issued at docket 543 is amended to correct the date of January 27, 2005, to **January 27, 2006** [the deadline for the United States to file any response it may have to defendant Antwine's expedited motion to continue sentencing].