IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRENT D. ANTWINE | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO: A03-0123-CR (JWS) |

**EXPEDITED MOTION ON SHORTENED TIME
TO UNSEAL CERTAIN DOCKETS**

**A period of excludable delay will result,
pursuant to 18 USC 3161 (h) (1), if the motion is granted**

Hugh W. Fleischer, on behalf of defendant, Trent D. Antwine hereby moves this Court to unseal Dockets 86-1, filed 09/08/03, 87-1, filed 09/08/03 and 89-1, filed 09/09/03. Such records are needed for the sentencing, currently scheduled for January 31, 2006, but with a well-founded motion by Mr. Antwine to continue the same.

DATED at Anchorage, Alaska, this 24rd day of January, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Defendant

s/Hugh W. Fleischer
Hugh W. Fleischer
AK Bar # 7106012

9478/518

310 K. Street, Suite 200

Anchorage, AK 99501
Phone: (907) 264-6635
Fax: (907) 264-6602
E-mail: hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 24rd day of Janurary, 2006, a true copy of the foregoing was delivered by E-mail

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
E-mail: frank.russo@usdoj.gov

 _s/ Hugh W. Fleischer