IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>TRENT D. ANTWINE )<br>  )<br>Defendant. )<br>_____) | CASE NO: A03-0123 CR (JWS) |

**<u>ORDER</u>**

Based on the foregoing motion,

IT IS ORDERED that the Dockets 86-1, 87-1 and 89-1 may be unsealed for the parties herein only.

DATED this ___ day of January, 2006.

_____
John W. Sedwick
United States District Judge

9470/519