DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                           Plaintiff,  )<br>                                                     )<br>     v.                                             )<br>                                                     )<br> TRENT D. ANTWINE ,                  )<br>                                                     )<br>                           Defendant.  )<br> _____) | Case No. 3:03-cr-0123-02 - (JWS)<br><br><br><br>OPPOSITION TO MOTION TO UNSEAL |

    COMES NOW Plaintiff United States of America, by and through undersigned counsel, and hereby opposes defendant's motion to unseal Dockets 86-1, filed 09/08/03, 87-1, filed 09/08/03 and 89-1, filed 09/09/03.   Defendant's motion is tantamount to a "fishing expedition" with no apparent justification. Simply stating that sealed documents are "needed for sentencing" is insufficient to

justify their unsealing. Indeed, the undersigned cannot find reference to these docket numbers in the United States' own file, and therefore they may pertain to <u>ex parte</u> filings made by one of the defendants. In any event, there appears to be no basis to unseal these filings.

    RESPECTFULLY SUBMITTED this <u> 24th </u> day of January, 2006 in Anchorage, Alaska.

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        <u>s/ Frank V. Russo      </u>
                                        Assistant U.S. Attorney
                                        Federal Building & U.S. Courthouse
                                        222 West Seventh Avenue, #9, Room 253
                                        Anchorage, Alaska  99513-7567
                                        (907) 271-5071
                                        (907) 271-1500 (fax)
                                        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 3, 2006, via:

    (X) Electronic case filing notice

Hugh Fleischer, Assistant Federal Public Defender

Executed at Anchorage, Alaska, on January 25, 2006

<u>s/ Frank V. Russo</u>_____
Office of the U.S. Attorney

U.S. v. Trent D. Antwine,
3:03-cr-0123-02-(JWS)                      Page 2 of  2