MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TRENT DONYA ANTWINE*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS** Date: January 25, 2006

    At docket 539, defendant Antwine moves yet again to continue imposition of sentence. Defendant pled guilty more than two years ago. (Docket 271) Defendant's sentencing has been continued numerous times previously. This last in a long series of motions for a continuance relates to matters which could have been investigated before. When the last continuance was granted, the court warned that there would be no more continuances. (Docket 524) The motion at docket 539 was filed only a week prior to the latest date set for the sentencing. It is time to draw this matter to a close.

    For the reasons above, the motion at docket 539 is **DENIED**.