MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TRENT DONYA ANTWINE*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS** Date:  January 25, 2006

At docket 545 defendant Antwine moves to unseal the documents at dockets 86, 87, and 89.  The court has examined these documents.  These are all documents from early September 2003.  Docket 86 is an order establishing conditions for pre-trial release of co-defendant Eddie Saraphan.  Docket 87 is the actual order of release, and docket 89 is the clerk's notes of the hearing at which the magistrate judge heard Saraphan's motion for pre-trial release.  There is nothing in any of them that relates to Antwine directly, and the only indirect reference is a general prohibition on Saraphan's having contact with any of his co-defendants–a large group of people that, of course, included Antwine.

The court is mystified as to how any of the documents sought could have any relevance with respect to defendant Antwine's sentencing.  In his motion, Antwine offers no explanation as to how such records could have any bearing on the issues to be addressed at his sentenincg.  Rather, all he says is that "such records are needed for the sentencing."  That bare assertion is not adequate, especially given that what is actually in the records is clearly irrelevant.

The motion at docket 545 is **DENIED**.