DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-cr-0123-02-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| TRENT D. ANTWINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned

case on Stephan A. Collins, Asst. U.S. Attorney.  Assistant U.S. Attorney Frank V. Russo, is the lead attorney in this matter.

RESPECTFULLY submitted this 27th day of January, 2006, at Anchorage, Alaska.

                                      TIMOTHY M. BURGESS
                                    United States Attorney

s/ Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006
a copy of the foregoing NOTICE was served
electronically:

Hugh Fleischer
hfleisch@aol.com

s/ Stephan A. Collins