DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-cr-0123-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| vs. | ) | **APPEARANCE** |
| | ) | |
| TRENT D. ANTWINE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following

address:

>Frank V. Russo
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED on this 27th day of January, 2006, in Anchorage, Alaska.

>                DEBORAH M. SMITH
>                Acting United States Attorney
>
>                s/ Frank V. Russo
>                Assistant U.S. Attorney
>                222 West 7th Ave., #9, Rm. 253
>                Anchorage, AK 99513-7567
>                Phone: (907) 271-5071
>                Fax: (907) 271-1500
>                E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronic notice:

Hugh Fleischer
hfleisch@aol.com


s/ Frank V. Russo