MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TRENT DONYA ANTWINE*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS:   **AMENDED ORDER FROM CHAMBERS** Date: January 27, 2006

---

Due to a conflict on the court's calendar, sentencing in the above matter is continued from January 31, 2006, to **8:00 AM** on Friday, **February 3, 2006**.