IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRENT D. ANTWINE ) | |
| ) | |
| Defendant. ) | |
| _____ ) CASE NO: A03-0123-CR (JWS) | |

**UNOPPOSED**
**MOTION UNDER FCR 35**
**TO CORRECT JUDGMENT**

Hugh W. Fleischer, on behalf of defendant, Trent D. Antwine, AND PURSUANT TO Federal Criminal Rule 35, hereby moves this Court to correct the Judgment herein by adding the recommendation that Mr. Antwine serve at Herlong FCI, Herlong, CA or Taft CI, a privately owned and operated correctional facility, under contract with the U.S. Bureau of Prisons ("BOP"). Moreover, the Judgment should be amended to add the recommendation that Mr. Antwine be admitted to the BOP's 500 hour drug/alcohol course.

Frank V. Russo, Assistant U.S. Attorney, has agreed, on behalf of the United States, to non-oppose this motion.

DATED at Anchorage, Alaska, this 9th day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Defendant

s/Hugh W.  Fleischer
Hugh W. Fleischer
AK Bar # 7106012
310 K. Street, Suite 200
Anchorage, AK 99501
Phone: (907) 264-6635
Fax: (907) 264-6602
E-mail: hfleisch@aol.com

9478/520

CERTIFICATE OF SERVICE

I certify that on the 9th day of February, 2006, a true copy of the foregoing was delivered by E-mail

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
E-mail: frank.russo@usdoj.gov

 s/ Hugh W. Fleischer