IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRENT D. ANTWINE )<br>)<br>Defendant. )<br>_____) | CASE NO: A03-0123 CR (JWS) |

## **ORDER**

Based on the foregoing motion,

IT IS ORDERED that the Judgment herein be amended to add this Court's recommendation to the United States Bureau of Prisons that Mr. Antwine serve at FCI Herlong, Herlong, CA or Taft Correctional Institute, Taft, CA and that Mr. Antwine be admitted to the Bureau's 500 hour drug/alcohol therapy course.

DATED this \_\_\_ day of  February, 2006.

_____
John W. Sedwick
United States District Judge

9470/510