# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*United States of America v. Trent Donya Antwine*

THE HONORABLE JOHN W. SEDWICK        CASE NO. A03-123 CR (JWS)

PROCEEDINGS:        **ORDER FROM CHAMBERS**        February 14, 2006

Defendant's motion at docket 556 is being tracked as a motion to "set aside" judgment, but in fact, it is a motion to amend the judgment to reflect certain recommendations which the court made or intended to make, but which are not accurately reflected in the original judgment. The motion is not opposed by the United States.

The motion at docket 556 is **GRANTED** as follows: The Clerk shall prepare an amended judgment which sets out the following recommendations:

1. It is recommended that defendant participate in the 500-hour drug treatment program.

2. It is recommended that defendant be housed either at Herlong FCI or at Taft CI, which is a privately owned facility under contract to the BOP.